1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**

9                 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    HUGO IXCOY-HERNANDEZ,                    Case No.: 25-cv-2309-JO-DDL

12                    Petitioner,              **[PROPOSED]ORDER ON JOINT**
                                               **MOTION TO DISMISS**
13           v.

14    CHRISTOPHER J. LAROSE; et al.,

15                    Respondents.

16

17

18          Having considered the parties' Joint Motion to Dismiss, and finding good cause

19    therefor, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to

20    close this case.

21          It is **SO ORDERED.**

22    DATED: September 16, 2025

23                                             _____

24                                             Hon. Jinsook Ohta
                                               United States District Judge
25

26

27

28